IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **BOLICK DISTRIBUTORS** | : | CIVIL ACTION |
| **CORPORATION (Also Known as** | : | |
| **BOLICK DISTRIBUTORS, INC.)** | : | |
| **Plaintiff,** | : | |
| | : | |
| vs. | : | |
| | : | |
| **ARMSTRONG HOLDINGS, INC.,** | : | NO. 02-5135 |
| **ARMSRONG WOOD PRODUCTS, INC.,** | : | |
| and **ROBBINS HARDWOOD FLOORING,** | : | |
| **INC.** | : | |
| **Defendants.** | : | |

**O R D E R**

**AND NOW**, this 1st day of November, 2002, upon consideration of the Motion to Transfer Venue Pursuant to 28 U.S.C. § 1404(a) filed by defendants, Armstrong Holdings, Inc., Armstrong Wood Products, Inc., and Robbins Hardwood Flooring, Inc. (Document No. 12, filed September 16, 2002), and the Motion of Defendants, Armstrong Holdings, Inc., Armstrong Wood Products, Inc., and Robbins Hardwood Flooring, Inc., to Dismiss Count 1 of the Complaint (Document No. 14, filed September 16, 2002), the Court noting that thereafter defendants filed an Amended Motion to Transfer Venue Pursuant to 28 U.S.C. § 1404(a) (Document No. 20), and Motion to Dismiss Count 1 of the Amended Complaint (Document No. 22), **IT IS ORDERED** that the Motion to Transfer Venue Pursuant to 28 U.S.C. § 1404(a) filed by defendants, Armstrong Holdings, Inc., Armstrong Wood Products, Inc., and Robbins Hardwood Flooring, Inc. (Document No. 12), and the Motion of Defendants, Armstrong Holdings, Inc., Armstrong Wood Products, Inc., and Robbins Hardwood Flooring, Inc., to Dismiss Count 1 of the Complaint (Document No. 14), are **DENIED AS MOOT WITHOUT PREJUDICE** to the right of moving defendants to proceed with their Amended Motion to

Transfer Venue Pursuant to 28 U.S.C. § 1404(a) and Motion to Dismiss Count 1 of the Amended Complaint.

**IT IS FURTHER ORDERED** that plaintiff shall file and serve a response to defendants' Motion to Dismiss Count 1 of the Amended Complaint within fourteen (14) days. Two (2) copies of the said response shall be served on the Court (Chambers, Room 12613) when the original is filed.

                                                   **BY THE COURT:**

                                                   **JAN E. DUBOIS, J.**