IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **BOLICK DISTRIBUTORS CORPORATION (Also Known as BOLICK DISTRIBUTORS, INC.)** | : | **CIVIL ACTION** |
| **Plaintiff,** | : | |
| | : | |
| vs. | : | |
| | : | |
| **ARMSTRONG HOLDINGS, INC., ARMSRONG WOOD PRODUCTS, INC., and ROBBINS HARDWOOD FLOORING, INC.** | : | **NO. 02-5135** |
| **Defendants.** | : | |

**O R D E R**

**AND NOW**, this 3rd day of April, 2003, following a telephone conference with the parties, through counsel, counsel having reported that they are interested in addressing the question of settlement after plaintiff provides defendants with certain additional information, **IT IS ORDERED** that the parties, through counsel, shall jointly report to the Court in writing (letter to Chambers, Room 12613) on or before May 15, 2003, with respect to whether the case is settled.[1]   In the event the case is not settled on or before May 15, 2003, counsel shall include in their joint report a statement as to whether they believe settlement conferencing before a magistrate judge or some other form of alternative dispute resolution might be of assistance in resolving the case and, if so, on what form of alternative dispute resolution they agree and by what date they will be prepared to commence such proceedings.

**IT IS FURTHER ORDERED** that the discovery limitations imposed by Case Management Order No. 1 dated September 25, 2002, are **AMENDED** so as to permit discovery

---

[1]The joint report should not set forth any of the details of settlement negotiations or any settlement.

relating to the question of settlement and emergency discovery such as discovery of going witnesses or discovery of employees of any of the parties whose employment is being terminated.

**BY THE COURT:**

_____
**JAN E. DUBOIS, J.**